UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-

D-1 CHRISTOPHER PROE,

          Defendant.
_____/

Case: 2:20-cr-20607
Judge: Parker, Linda V.
MJ: Whalen, R. Steven
Filed: 12-16-2020 At 11:30 AM
INDI USA V. PROE (DA)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(18 U.S.C. §922(g)(1) - Felon in possession of a firearm)*

D-1 CHRISTOPHER PROE

That on or about November 5, 2020, in the Eastern District of Michigan, Southern Division, the defendant, CHRISTOPHER PROE, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, did knowingly and unlawfully possess a firearm, to-wit: one Smith & Wesson, Model: SD40VE, .40 caliber pistol, which was manufactured outside the State

of Michigan and thus traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

*(18 U.S.C. § 924(d) and 28 U.S.C. § 2461)*

The above allegations contained in this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), together with Title 28, United States Code, Section 2461(c).

Upon conviction of the offense(s) alleged in this Indictment, Defendant CHRISTOPHER PROE shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of the offense(s), including, but not limited to, a Smith and Wesson, .40 caliber pistol and ammunition, holster, gun box, and replica ATF badge,

*[Space left intentionally blank.]*

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit


*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226- 9597
Jeanine.Brunson@usdoj.gov

Dated: December 16, 2020

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:20-cr-20607<br>Judge: Parker, Linda V.<br>MJ: Whalen, R. Steven<br>Filed: 12-16-2020 At 11:30 AM<br>INDI USA V. PROE (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: BYL for JB |

**Case Title:** USA v. CHRISTOPHER PROE

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

____ Indictment/ ____ Information --- no prior complaint.
_✓_ Indictment/ ____ Information --- based upon prior complaint [Case number: 20-mj-30468 ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 16, 2020
Date

*/s/ [signature] for JB*
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.